Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSEPH MENICHIELLO** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CAPFUSION, LLC; RYAN SULLIVAN.; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No.  8:17−cv−02040−JVS−KES<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 12th Day of March, 2018,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 12th Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable R. James V. Selna
United States District Court
Central District of California

This 12th Day of March, 2018.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN