JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MENICHIELLO** individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>vs. <br><br>**CAPFUSION, LLC; RYAN SULLIVAN.; AND DOES 1-20, INCLUSIVE,** <br><br>Defendants. | Case No. 8:17−cv−02040−JVS−KES <br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class's claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 14, 2018

_____
The Honorable James V. Selna

[Proposed] Order to Dismiss - 1